Commercial Casualty Insurance Co., Respondent, v. James Virdone, Defendant, and Jacob A. Livingston, Appellant.— Appeal by one of two defendants in a judgment creditor's action from an order (a) striking from appellant's answer three defenses and two partial defenses, and (b) denying his cross-motion for judgment on the pleadings dismissing the complaint. Order affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ., concur.

Commissioner of Public Welfare of the City of New York, on the Complaint of Mary Alberta, Respondent, v. Harry Sonsky, Appellant.— Order of filiation of the Court of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings], reversed on the facts and complaint dismissed on the ground that a preponderance of the evidence shows that appellant is not the father of the child. Carswell, Adel and Close, JJ., concur; Lazansky, P. J., and Taylor, J., concur for reversal of the order but dissent as to the dismissal of the complaint and vote for a new trial.

Bernice DeLagarde, Appellant, v. Cornucopia Realty Company, Inc., Respondent.— Action to recover damages for personal injuries as the result of plaintiff's falling on a stairway in a multiple dwelling owned and controlled by defendant. Judgment in favor of defendant, dismissing the complaint on the merits, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

Michael Friedman, Respondent, v. Stewarts Credit Corp. and Others, Appellants, and Others, Defendants.— In an action for an injunction, judgment permanently restraining appellants from disclosing names and addresses of plaintiff's customers or soliciting them, directing appellants to surrender any and all lists of such customers in their possession, and granting incidental relief, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

Frishon Realty Corp., Respondent, v. Isidore Ralph Stern and Stern's Clothes, Inc., Appellants.— In an action for a declaratory judgment, defendants appeal from an order which granted reargument and on reargument annulled a prior order and denied defendants' motion to dismiss the second cause of action set forth in the complaint. Order on reargument, in so far as appealed from, reversed on the law and the facts, with ten dollars costs and disbursements, and motion granted to the extent of striking out the second cause of action, without costs, with leave to plaintiff to serve an amended complaint within ten days from the entry of the order hereon. In the exercise of sound discretion the action for a declaratory judgment should not be entertained on the facts here invoked. The plaintiff should seek its remedy on the same facts and proof in a direct action for damages, as all the rights in favor of the plaintiff against defendants have accrued. Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.